9 P.3d 518

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 7, 2000**

| 22107 | State v. French | Affirmed |
|-------|-----------------|----------|

**May 26, 2000**

| 22507 | State v. Tamayo | Affirmed |
|-------|-----------------|----------|

**May 30, 2000**

| 22112 | State v. Lounsbury | Affirmed |
|-------|--------------------|----------|

**May 31, 2000**

| 22280 | Torres v. Northwest Engineering Co. | Affirmed |
|-------|--------------------------------------|----------|

**June 14, 2000**

| 22462 | Beecham v. Hawaii Employment Sec. Agency | Affirmed |
|-------|-------------------------------------------|----------|

**June 15, 2000**

| 22422 | State v. Dow | Affirmed |
|-------|--------------|----------|

**June 28, 2000**

| 22031 | Pacariem v. State | Affirmed |
|-------|-------------------|----------|

**August 11, 2000**

| 22572 | State v. Kosky | Affirmed |
|-------|----------------|----------|

**August 14, 2000**

| 22285 | State v. Marzan | Affirmed |
|-------|-----------------|----------|